IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONTELL ALEXANDER BOWMAN, | CV 24-00548 SASP-WRP |
| Plaintiff, | |
| vs. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on January 29, 2025 and served on all parties on January 30, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Without Prejudice Application to Proceed Without Prepayment of Fees or Costs", ECF No. 6, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawai'i, February 13, 2025.



Shanlyn Park
United States District Judge