IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONTELL ALEXANDER BOWMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | CV 24-00548 SASP-WRP |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 07, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Without Prejudice Plaintiff's Second and Third IFP Applications (ECF Nos. 7, 9)", ECF No. 10, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, March 24, 2025.



Shanlyn Park
United States District Judge